UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCSICO DIVISION

| | |
|---|---|
| DOUGLAS B. POWELL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; THE CADENCE DESIGN SYSTEMS, INC. LONG TERM DISABILITY PLAN AND DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.  CV 12-1705 TEH<br><br>(~~PROPOSED~~) **ORDER RE JOINT STIPULATION TO CONTINUE BENCH TRIAL** |

Having reviewed the parties' stipulation, it is hereby

ORDERED that the ERISA bench trial in this case is continued from June 5, 2013 to July 10, 2013 at 9:00 a.m., in Courtroom 2, 17th Floor.

DATED: 05/23/2013

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

*Judge Thelton E. Henderson*