IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS B. POWELL,

          Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.

          Defendants.

NO. 12-1705 TEH

ORDER GRANTING DEFENDANTS' MOTION TO RETURN CERTAIN ITEMS TO THE ADMINISTRATIVE RECORD

    On June 6, 2013, the Court granted, as unopposed, Plaintiff Douglas B. Powell's administrative motion to remove certain items from the administrative record in this case. Now, Defendants have filed their own administrative motion requesting that the Court reconsider its June 6, 2013, ruling and return to the record the items that were removed. Because the Court's docket entry displayed an incorrect deadline for Defendants' opposition to Powell's administrative motion, the Court excuses Defendants' failure to timely file an opposition to Powell's motion. Having reviewed the papers filed in connection with Defendants' administrative motion to reconsider and Powell's opposition thereto, the Court finds that the documents that were removed pursuant to the June 6, 2013, order are properly part of the administrative record in this case and GRANTS Defendants' motion.

    Accordingly, it is hereby ORDERED that, on or before July 1, 2013, Powell shall file under seal the following surveillance videos and photographs as part of the administrative record in this case: Bates Nos. 2075, 2077, 2313, 2315, 2761, 2763, 3856, and 3857.

IT IS SO ORDERED.

Dated: 6/27/2013

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT